JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA E. CARTER, AN INDIVIDUAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATLANTIC SOUTHEAST AIRLINES, A BUSINESS ENTITY OF UNKNOWN FORM; DELTA AIRLINES, A BUSINESS ENTITY OF UNKNOWN FORM; AND DOES 1-10,<br><br>　　　　　Defendants. | Case No. EDCV 12-01651 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 28, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge